# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-cr-00157-1 |
| v. | (SAPORITO, J.) |
| JERROD CURTIS, | |
| Defendant. | |

## ORDER

AND NOW, this 31st day of July, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT** the defendant's motion to sever (Doc. 436) is **DENIED**.

Joseph F. Saporito, Jr.
JOSEPH F. SAPORITO, JR.
United States District Judge