**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:25-cr-00157-1 |
| v. | (SAPORITO, J.) |
| JERROD CURTIS, | |
| Defendant. | |

## ORDER

This matter comes before the court on the defendant's motion in limine with respect to the Vasquez-Familia California drug arrest. Doc. 465.

Upon consideration of the evidence and argument offered by the parties in their motion papers, we find, as a preliminary factual matter, that the government has proffered sufficient evidence to establish by clear preponderance of the evidence: (a) the existence of the alleged conspiracy to distribute and possess with intent to distribute various controlled substances; (b) Curtis and Vasquez-Familia were both members of that conspiracy; and (c) the acts and statements by Vasquez-Familia in connection with his May 23, 2025, drug-related arrest in California, as set forth in paragraph 5 of the motion, were done or made in furtherance of that conspiracy. We further find that the proffered

evidence constitutes relevant and intrinsic evidence with respect to Counts 1 and 13 of the superseding indictment, and, moreover, the probative value of this evidence substantially outweighs any prejudicial effect that may exist. Finally, we find that, with respect to his efforts to invoke the exclusionary rule here, Curtis lacks standing to challenge whether the proffered evidence was obtained in violation of *Vasquez-Familia's* constitutional rights.

Accordingly, **IT IS HEREBY ORDERED THAT** the defendant's motion in limine with respect to the Vasquez-Familia California drug arrest (Doc. 465) is **DENIED**. We further **FIND** that the time period during which this motion was pending is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D) and (H).[1]

Dated: August 24, 2026

JOSEPH F. SAPORITO, JR.
United States District Judge

[1] We note that portions of this same time period may also be excluded under other provisions of the Speedy Trial Act, such as § 3161(h)(6) and (7)(A).